AO 93 (Rev. 11/13) Search and Seizure Warrant

RECEIVED
JAN 20 2021
ROBERT ANSLEY, CLERK
U.S. DISTRICT COURT-NORTH DAKOTA

RECEIVED
JAN 12 2021
ROBERT ANSLEY, CLERK
U.S. DISTRICT COURT-NORTH DAKOTA

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Jonas Richard Alfred St. Claire | )<br>)<br>)   Case No. 3:21-mj-9<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ North Dakota _____
*(identify the person or describe the property to be searched and give its location):*

Jonas Richard Alfred St. Claire

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

photograph, document, and search the person of JONAS ST. CLAIRE, and, to seize and search genetic material within the body of JONAS ST. CLAIRE to be seized through buccal swab

YOU ARE COMMANDED to execute this warrant on or before _January 26, 2021_ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Alice Senechal, US Magistrate Judge _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _January 12, 2021_
_4:00 p.m._

_____
Judge's signature

City and state:   Fargo, ND

Alice Senechal, US Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 3:21-mj-9 | Date and time warrant executed: 01/19/2021 10:20am | Copy of warrant and inventory left with: Jonas St. Claire |
|---|---|---|

Inventory made in the presence of: Jonas St. Claire

Inventory of the property taken and name of any person(s) seized:

DNA buccal swabs of the inner lining of the mouth.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/14/2021

*Executing officer's signature*

TFO Steve Long
*Printed name and title*